JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD M. ELLIS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:16-cv-01099-PA-PLA<br>Assigned to Hon. Percy Anderson<br>Courtroom 9A<br><br>**ORDER OF DISMISSAL**<br><br>*Complaint filed on 2/17/2016* |

The Court has been informed, via Stipulation for Compromise Settlement and Dismissal filed concurrently herewith, that the case has been settled under the terms outlined in the Stipulation and the parties agree to dismiss Plaintiff's lawsuit, in its entirety, with prejudice.

THEREFORE, the Complaint of Plaintiff HOWARD M. ELLIS be and same is hereby dismissed, with prejudice. The parties are to bear their own fees and costs.

IT IS SO ORDERED.

DATED: January 20, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. PERCY ANDERSON